LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
MATTHEW MICHALAK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MATTHEW WILLIAM MICHALAK,<br><br>　　　　Defendant. | Case No.: 2:24-cr-0268 WBS<br><br>STIPULATION AND ORDER RECALLING ARREST WARRANT, ISSUING SUMMONS TO APPEAR AND SETTING INITIAL APPEARANCE DATE |

　　　　A grand jury returned an Indictment in this case on September 26, 2024 (ECF Entry 1). The document remained under seal until the Court approved a request to unseal it on December 11, 2024 (ECF Entry 7).

　　　　During the afternoon of December 10, 2024, ATF Special Agent Jared Wood, the lead investigator in the case, contacted Defendant Matthew Michalak by telephone and informed him that an arrest warrant had been issued for him in this case. Special Agent Wood informed Mr. Michalak that he should immediately turn himself in on the warrant. Mr. Michalak indicated that he would turn himself in on the warrant, but he requested to have the opportunity to consult with

counsel first. During the morning of December 11, 2024, Matthew Michalak spoke with defense counsel. Defense counsel contacted Special Agent Wood by telephone and indicated that Matthew Michalak was on his way to the United States Marshals' Office to turn himself in on the warrant. Defense counsel also contacted the Pretrial Services requesting an immediate interview of Matthew Michalak. The Duty Calendar for December 11, 2024, was advanced from its normal time of 2:00 p.m. to 1:30 p.m. Given the time constraints for booking, conducting the pre-trial interview, and scheduling the matter for arraignment on the same day, the matter was not able to be calendared on December 11, 2024.

Given the information above, Plaintiff United States of America by and through Assistant United States Attorney Alexis Klein, and Attorney Todd D. Leras on behalf of Defendant Matthew Michalak, stipulate as follows:

1. Defendant Matthew Michalak attempted to turn himself in on the active warrant in this matter on December 11, 2024.

2. The defense requests, and the government does not oppose, recalling the arrest warrant pursuant to Rule 4 of the Federal Rules of Criminal Procedure and converting the Arrest Warrant into a Summons to Appear for Initial Appearance on December 13, 2024, at 2:00 p.m., before United States Magistrate Judge Chi Soo Kim.

Assistant U.S. Attorney Alexis Klein has reviewed this proposed order and authorized Todd Leras via email to sign it on her behalf.

DATED: December 11, 2024                    PHILLIP A. TALBERT
                                            Acting United States Attorney

                                            By   */s/ Todd D. Leras for*
                                                 JUSTIN LEE
                                                 Assistant United States Attorney

DATED:  December 11, 2024

By   /s/ Todd D. Leras
TODD D. LERAS
Attorney for Defendant
MATTHEW MICHALAK

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the Arrest Warrant issued for Defendant Matthew William Michalak is recalled.  Defendant agrees that a Summons to Appear has been issued for December 13, 2024, at 2:00 p.m.  The matter is calendared for Initial Appearance on December 13, 2024, at 2:00 p.m., before United States Magistrate Judge Chi Soo Kim.

IT IS SO ORDERED.

DATED: December 11, 2024

HONORABLE CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE