LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 969-9370
toddleras@gmail.com
Attorney for Defendant
MATTHEW MICHALAK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW WILLIAM MICHALAK,<br><br>Defendant. | Case No.: 2:24-cr-0268-02 WBS<br><br>ORDER TO CONTINUE   SENTENCING HEARING AND MODIFY PRESENTENCE INVESTIGATION REPORT DISCLOSURE SCHEDULE<br><br>Court:     Hon. William B. Shubb<br>Date:      March 16, 2026 |

This matter is currently set for a Sentencing Hearing on March 16, 2026.  Defendant Matthew Michalak requests to continue the Sentencing Hearing to May 11, 2026, at 10:00 a.m. Defendant has completed his probation interview.   The Probation Department is presently preparing a draft Presentence Investigation Report (PSR).

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING PSR
DISCLOSURE SCHEDULE

Defendant's Plea Agreement permits him to argue in favor of whatever sentence he and his counsel deem appropriate under the factors listed in 18 U.S.C. § 3553(a).  Defendant requires additional time to complete his mitigation investigation to gather information in support of his sentencing request.  The assigned probation officer has confirmed his availability on the requested Sentencing Hearing date.

On that basis, defense counsel requests to continue the Sentencing Hearing and to modify the PSR disclosure schedule as follows:

| | |
|---|---|
| Draft PSR Due: | March 30, 2026 |
| Informal Correction Request Due: | April 13, 2026 |
| Final PSR Due: | April 20, 2026 |
| Motion for Correction Due: | April 27, 2026 |
| Reply Date: | May 4, 2026 |

The request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required.  The government does not oppose the request because the procedural posture of the case does not impact on the public's interest in a speedy trial.  Assistant U.S. Attorney Jason Hitt has authorized Todd D. Leras via email to sign this stipulation on his behalf.

DATED:  March 3, 2026

By   */s/ Todd D. Leras for*
JASON HITT
Assistant United States Attorney

DATED:  March 3, 2026

By   */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
MATTHEW MICHALAK

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING PSR
DISCLOSURE SCHEDULE

**ORDER**

BASED ON THE REPRESENTATIONS OF DEFENSE COUNSEL, the Sentencing Hearing, set for March 16, 2026, is vacated.  A new Sentencing Hearing is set **May 11, 2026, at 10:00 a.m.**  The Court adopts the modified PSR disclosure schedule proposed by the parties.

IT IS SO ORDERED.

Dated:  March 4, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING PSR
DISCLOSURE SCHEDULE