LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 969-9370
toddleras@gmail.com
Attorney for Defendant
MATTHEW MICHALAK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:24-cr-268 WBS |
| Plaintiff, | ORDER TO SET SENTENCING HEARING AND SUPPLEMENTAL BRIEFING SCHEDULE |
| vs. | |
| MATTHEW WILLIAM MICHALAK, | |
| Defendant. | Court:     Hon. William B. Shubb<br>Date:      July 13, 2026<br>Time:      10:0 a.m. |

  This matter is presently set for a Status as to Setting a Sentencing Hearing on July 13, 2026.  The parties request to vacate the Status as to Sentencing Hearing and set the Sentencing Hearing in this matter on August 24, 2026, at 10:00 a.m.

ORDER SETTING
SENTENCING HEARING AND
SUPPLEMENTAL BRIEFING
SCHEDULE

The final Presentence Investigation Report (PSR) has been prepared and filed. (ECF Document 68). The defense timely filed informal requests for correction to the draft PSR and a Motion for Correction. (ECF Document 69). The defense also filed a Sentencing Memorandum. (ECF Document 70). The government filed a Sentencing Memorandum (ECF Document 71), which included a response to arguments set out in Defendant's Motion for Correction.

On May 18, 2026, the parties appeared for a Sentencing Hearing before the Court. (ECF Entry 73). Given the potential relevance of the United States Supreme Court's imminent decision in *United States v. Hemani* (Case No. 24-1234), a matter which had been briefed, argued, submitted, and was pending issuance of a written opinion as of May 18, 2026, the Court granted a defense request to set this case for a Status as to Sentencing Hearing on July 13, 2026.

On June 18, 2026, the United States Supreme Court issued its opinion in the *Hemani* case. Defense counsel forwarded copies of the *Hemani* slip opinion to the government and the assigned probation officer. Given issuance of the *Hemani* decision, the parties propose to set this matter for a Sentencing Hearing on August 24, 2026, at 10:00 a.m. They also request that the Court set the following supplemental briefing deadlines:

1. Probation Officer's Written Response to the impact, if any, of the *Hemani* decision on the advisory guideline range set out in the PSR: August 10, 2026

2. Optional Response of Parties regarding impact of the *Hemani* decision on PSR's guideline range: August 17, 2026

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Jason Hitt approved of the proposed dates and authorized Todd D. Leras via email to sign this Stipulation on his behalf.

ORDER SETTING
SENTENCING HEARING AND
SUPPLEMENTAL BRIEFING
SCHEDULE

DATED:  July 8, 2026

By    */s/ Todd D. Leras for*      
            JASON HITT
            Assistant United States Attorney

DATED:  July 8, 2026

By    */s/ Todd D. Leras*          
            TODD D. LERAS
            Attorney for Defendant
            MATTHEW MICHALAK

ORDER SETTING
SENTENCING HEARING AND
SUPPLEMENTAL BRIEFING
SCHEDULE

**ORDER**

The Status as to Sentencing Hearing, presently set on July 13, 2026, is vacated. A Sentencing Hearing is set for August 24, 2026, at 10:00 a.m. The Court adopts the supplemental briefing schedule proposed by the parties.

IT IS SO ORDERED.

Dated: July 9, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER SETTING
SENTENCING HEARING AND
SUPPLEMENTAL BRIEFING
SCHEDULE